Robert P. Goe – State Bar No. 137019
Charity J. Miller – State Bar No. 286581
GOE & FORSYTHE, LLP
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
cmiller@goeforlaw.com

Telephone: (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Debtor and Debtor in Possession
Beach Dans, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 2:17-bk-22786-ER |
| BEACH DANS, INC., | Chapter 11 Proceeding |
| Debtor and Debtor in Possession. | **NOTICE THAT NO OBJECTIONS WERE FILED BY MEADOWBROOK MEAT COMPANY, INC. NOR FRANCHISE TAX BOARD TO DEBTOR'S MOTION FOR ORDER (1) APPROVING SALE OF BUSINESS PURSUANT TO §363(b), (2) APPROVING SALE FREE AND CLEAR OF LIENS PURSUANT TO §363(f)(4), (3) FINDING BUYER TO BE A GOOD FAITH PURCHASER PURSUANT TO §363(m), AND (4) WAIVING OF RULE 6004(h) 14-DAY STAY** |
| | **TO BE TAKEN OFF CALENDAR AS NO Objection Filed by Meadowbrook Meat Company, Inc.:** |
| | Date:   December 19, 2017<br>Time:   10:00 a.m.<br>Place:  Courtroom 1568<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that on December 6, 2017 and December 8, 2017,

respectively, Debtor sent notice to Meadowbrook Meat Company, Inc. ("Meadowbrook") and

1

the Franchise Tax Board ("FTB") of its opportunity to file an objection to approval Of Debtor's Motion For Order (1) Approving Sale of Business Pursuant to §363(b), (2) Approving Sale Free and Clear of Liens Pursuant to §363(f)(4), (3) Finding Buyer to be a Good Faith Purchaser Pursuant to §363(m), and (4) Waiving of Rule 6004(h) 14-Day Stay.  Objections were due to be filed no later than December 15, 2017.  The FTB confirmed it had no objection and Meadowbrook did not file an objection and, therefore, the December 19, 2017 at 10:00 a.m. hearing is taken off calendar pursuant to the Court's December 8, 2017 Order [Docket No. 57].

Respectfully submitted,

DATED: December 18, 2017          **GOE & FORSYTHE, LLP**


By: /s/Robert P. Goe
    Robert P. Goe
    Attorneys for Debtor Beach Dans, Inc.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE THAT NO OBJECTIONS WERE FILED BY MEADOWBROOK MEAT COMPANY, INC. NOR FRANCHISE TAX BOARD TO DEBTOR'S MOTION FOR ORDER (1) APPROVING SALE OF BUSINESS PURSUANT TO §363(b), (2) APPROVING SALE FREE AND CLEAR OF LIENS PURSUANT TO §363(f)(4), (3) FINDING BUYER TO BE A GOOD FAITH PURCHASER PURSUANT TO §363(m), AND (4) WAIVING OF RULE 6004(h) 14-DAY STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 18, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Franklin C Adams    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com**
- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com**
- **Alvin Mar    alvin.mar@usdoj.gov**
- **Charity J Miller    cmiller@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com**
- **Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 18, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 18, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Ernest Robles, USBC, 255 East Temple Street, Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 18, 2017 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |